# EXHIBIT A

| State of Alabama<br>Unified Judicial System | SUMMONS<br>-CIVIL- | Case Number<br>CV 06-76 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY

Plaintiff: **SKYLAR HILL**  Defendant: **MC DONALD'S, ET AL**

NOTICE TO: Mc Donald's
2920 20th Avenue
Valley, AL 36854

(Please serve by certified mail)

THE COMPLAINT, AMENDED COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY Timothy L. Dillard, Dillard & Associates, L.L.C., WHOSE ADDRESS IS 2015 2nd Avenue North, Berry Building, Fourth Floor, Birmingham, Alabama, 35203.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THE SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

___ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

Date: 04-14-06      _Charles W. Story_ By:_____
                    Clerk/Register

___ I certify that I personally delivered a copy of the Summons and Complaint to
_____ in _____, County, Alabama
on _____
          Date

Date _____     Server's Signature _____

Address of Server _____   Type of Process Server _____

RECEIVED
APR 2 0 2006
GAB ROBINS

| State of Alabama<br>Unified Judicial System | SUMMONS<br>-CIVIL- | Case Number<br>CV _____ |
|---|---|---|

### IN THE CIRCUIT COURT OF CHAMBERS COUNTY

Plaintiff: **SKYLAR HILL**   Defendant: **MC DONALD'S, ET AL**

NOTICE TO:  Pezold Management Associates, Inc.   (Please serve by certified mail
c/o Betty Alice Johnson
1801 Stadium Drive
Phenix City, AL 36867

THE COMPLAINT, AMENDED COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY Timothy L. Dillard, Dillard & Associates, L.L.C., WHOSE ADDRESS IS 2015 2nd Avenue North, Berry Building, Fourth Floor, Birmingham, Alabama, 35203.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THE SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

___ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

Date: __04-14-06__   _Charles W. Story_ By: _____
Clerk/Register

___ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____, County, Alabama on _____
Date

_____   _____
Date                                                    Server's Signature

_____   _____
Address of Server                                Type of Process Server

RECEIVED
APR 20 2006
GAB ROBINS

| State of Alabama | SUMMONS | Case Number |
| --- | --- | --- |
| Unified Judicial System | -CIVIL- | CV _____ |

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY

Plaintiff: **SKYLAR HILL**  Defendant: **MC DONALD'S, ET AL.**

NOTICE TO: Janice Lancaster
1916 18th St SW
Lanett, AL 36863

(Please serve by certified mail)

THE COMPLAINT, AMENDED COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY Timothy L. Dillard, Dillard & Associates, L.L.C., WHOSE ADDRESS IS 2015 2nd Avenue North, Berry Building, Fourth Floor, Birmingham, Alabama, 35203.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THE SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

___ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

Date: __04-14-06__   _____ W. Story _____ By: _____
Clerk/Register

___ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____, County, Alabama on _____.
Date

Date _____   Server's Signature _____

Address of Server _____   Type of Process Server _____

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardians and next of kin, MATT HILL, an individual and KADYE HILL an individual, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No:_____ |
| MC DONALD'S, aka PEZOLD MANAGEMENT ASSOCIATES, INC.; Defendants 2, 3 and 4 are those individuals, businesses, or entities responsible for preparing and/or maintaining this subject product not reasonably safe; Defendants 5, 6 and 7 are those individuals, businesses, or entities responsible for placing the subject product in the stream of commerce; Defendants 8, 9 and 10 are those individuals, businesses, or entities responsible for negligently and/or failing to warn the Plaintiff about the dangers associated with this product; Defendants 11, 12 and 13 are those individuals, businesses, or entities responsible for negligently and marketing and/or selling this product not reasonably safe for its intended use; Defendants 14, 15, 16 are those individuals, businesses, or entities who negligently and/or wantonly sold a defectively designed and manufactured product; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

FILED IN OFFI..
APR 7 2006
CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

## COMPLAINT

### Count One

**Breach of Implied Warranty of Merchantability**

1. The Plaintiff, Skylar Hill, is a minor and brings this suit by and through his legal guardians and next of kin, Matt and Kadye Hill, who are residents of Lanett, Chambers County,

Alabama, and are over the age of nineteen (19).

2. The Defendant, Mc Donald's aka Pezold Management Associates, Inc., is a corporation conducting business in Chambers County, Alabama. At all times mentioned in this complaint, Defendant was engaged in receiving, preparing, and selling food and/or food products to the general public.

3. The Defendant, Janice Lancaster, is a resident of Lanett, Chambers County, Alabama, and is over the age of nineteen (19). At all times mentioned in this complaint, Defendant managed said Mc Donald's.

4. On or about April 12, 2004, the Plaintiff went to the Mc Donald's located on 20th Avenue in Valley, Chambers County, Alabama. The Plaintiff purchased and consumed a hamburger. The food was spoiled, contaminated, impure, stale, raw, and/or rotten. The Plaintiff became violently ill from eating the hamburger and was caused to seek medical attention soon thereafter, and was diagnosed with E-Coli poisoning.

5. As a result of this incident, the Plaintiff suffered the following injuries and damages:

> **Plaintiff, Skylar Hill, suffered injuries to various parts of his body as a result of the E-Coli poisoning; The Plaintiff incurred chronic daily cramps, vomiting, and diarrhea with some intermittent more severe pain; The Plaintiff was bruised and contused about the various and several parts of his body; The Plaintiff has incurred great sums of medical expenses; The Plaintiff suffered extreme pain and suffering and emotional distress and mental anguish; The Plaintiff has suffered extreme embarrassment and humiliation.**

6. The food which caused the Plaintiff to be injured remained unaltered and in substantially the same condition from the time it was prepared until the time of the Plaintiff consumed the food.

7. The Defendant, Mc Donald's, was a merchant or seller with respect to goods of the same

kind as the product or article in question, in this case, food. In that capacity this Defendant failed to prepare and/or maintain the subject food in a manner fit for ordinary purposes for which such products are used; thereby causing the food to be unwholesome and/or unmerchantable.

8. The Defendant, Mc Donald's, sold the product or article in question; that product or article in question was used for the ordinary purpose for which such products are used; as a direct and proximate result of the Defendant's negligent, wanton, willful and/or intentional conduct the Plaintiff was injured as set forth in paragraph six (6) above.

9. The Plaintiff, Skylar Hill, gave notice to Defendant, Mc Donald's, within a reasonable time after he discovered the breach of warranty.

## Count Two

### Negligence

10. The Plaintiff adopts and realleges all previous paragraphs and further aver:

11. The Defendants negligently placed on the market the product or article in question, the hamburger.

12. That it could have been reasonably anticipated by the Defendants that said food would become inherently or imminently dangerous to human life or health when put to its intended, ordinary and customary use;

13. That said food became inherently or imminently dangerous to human life or health when put to its intended, ordinary and customary use;

14. That said negligence of Defendants proximately caused injury to the Plaintiff.

15. As a direct and proximate result of these defects, the Plaintiff was injured as set out in paragraph six (6) above.

WHEREFORE, the Plaintiff demands judgment against the Defendants in compensatory damages in an amount to be determined by a jury, plus interests and costs of Court.

### Count Three

16. The Plaintiff adopts and realleges all previous paragraphs and further aver:

17. The Defendants, Mc Donald's, and Defendants 2, 3 and 4 negligently prepared and/or maintained the food made the basis of this lawsuit.

18. As a direct and proximate result of these defects, the Plaintiff was injured as set out in paragraph six (6) above.

WHEREFORE, the Plaintiff demands judgment against the Defendants in compensatory damages in an amount to be determined by a jury, plus interests and costs of Court.

### Count Four

19. The Plaintiff adopts and realleges all previous paragraphs and further aver:

20. The Defendants, Mc Donald's, and Defendants 5, 6 and 7 placed the subject food in the stream of commerce in a condition unfit for its intended purpose.

21. As a direct and proximate result of these defects, the Plaintiff was injured as set out in paragraph six (6) above.

WHEREFORE, the Plaintiff demands judgment against the Defendants in compensatory damages in an amount to be determined by a jury, plus interests and costs of Court.

### Count Five

22. The Plaintiff adopts and realleges all previous paragraphs and further aver:

23. The Defendants, Mc Donald's, and Defendants 8, 9 and 10 negligently failed to warn the Plaintiff of the dangers associated with the food made the basis of this lawsuit.

24. As a direct and proximate result of these defects, the Plaintiff was injured as set out in paragraph six (6) above.

WHEREFORE, the Plaintiff demands judgment against the Defendants in compensatory damages in an amount to be determined by a jury, plus interests and costs of Court.

### Count Six

25. The Plaintiff adopts and realleges all previous paragraphs and further aver:

26. The Defendants, Mc Donald's, and Defendants 11, 12 and 13 negligently marketed and/or sold this food not reasonably safe when applied to its intended use and used in its usual and customary manner.

27. As a direct and proximate result of these defects, the Plaintiff was injured as set out in paragraph six (6) above.

WHEREFORE, the Plaintiff demands judgment against the Defendants in compensatory damages in an amount to be determined by a jury, plus interests and costs of Court.

### Count Seven

28. The Plaintiff adopts and realleges all previous paragraphs and further aver:

29. The Defendants, Mc Donald's, and Defendants 14, 15 and 16 negligently sold a unmerchantable product which was not fit for ordinary purposes for which such product is used, ultimately causing the Plaintiff's injuries.

30. As a direct and proximate result of these defects, the Plaintiff was injured as set out in paragraph six (6) above.

WHEREFORE, the Plaintiff demands judgment against the Defendants in compensatory damages in an amount to be determined by a jury, plus interests and costs of Court.

DILLARD & ASSOCIATES, L.L.C.
Attorney for Plaintiff

*/s/ Timothy L. Dillard*

Timothy L. Dillard
The Berry Building, Suite 400
2015 2nd Avenue North
Birmingham, Alabama 35203
(205) 251-2823

Trial Counsel:
Timothy L. Dillard (DIL 003)
Stewart S. Wilbanks (WIL 312)

***PLAINTIFF DEMANDS TRIAL BY STRUCK JURY***

*/s/ Timothy L. Dillard*
OF COUNSEL

Defendants' Addresses:
Mc Donald's
2920 20th Avenue
Valley, AL 36854

(Please serve by certified mail)

Pezold Management Associates, Inc.
c/o Betty Alice Johnson
1801 Stadium Drive
Phenix City, AL 36867

(Please serve by certified mail

Janice Lancaster
1916 18th St SW
Lanett, AL 36863

(Please serve by certified mail)