# EXHIBIT B

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, and individual and KADYE HILL an individual; <br><br> PLAINTIFFS; <br><br> V. <br><br> MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.; <br><br> DEFENDANTS. | CIVIL ACTION NO. <br><br> CV-06-76 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Mr. Charles W. Story, Clerk
      Chambers County Courthouse
      2 Lafayette Street
      Lafayette, AL 36862

Please take notice that the Defendant McDonald's aka Pezold Management Associates, Inc. has filed a Notice of Removal, removing this civil action to the United States District Court, Middle District of Alabama, Eastern Division. This civil action is now pending in federal court. A true and correct copy of the Notice of Removal is attached hereto.

Dated: May 10, 2006.

_____
Wayne Morse, Jr.

Clark, Dolan, Morse,
Oncale & Hair, P.C.
850 First Commercial Bank Bldg.

800 Shades Creek Parkway
Birmingham, AL 35209
T: 205-397-2900
F: 205-397-2901                                    Attorney for McDonald's aka
                                                   Pezold Management Associates, Inc.

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, and individual and KADYE HILL an individual; | ) ) ) ) ) |
| PLAINTIFFS; | ) CIVIL ACTION NO. ) ) CV-06-76 ) |
| V. | ) ) |
| MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.; | ) ) ) ) |
| DEFENDANTS. | ) ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the Plaintiffs' counsel by placing a copy of same in the United States mail, postage prepaid and properly addressed to the following address on this the 16th day of May, 2006.

Mr. Timothy L. Dillard
Dillard & Associates, L.L.C.
The Berry Building, Ste. 400
2015 2nd Avenue North
Birmingham, AL 35203

_____
OF COUNSEL

3