# EXHIBIT
# C

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DONNA K. SMITH,                                    *

     Plaintiff,                                 *

Vs.                                                *      CASE NO. CV 2004-0242

HAFEZ CORPORATION, d/b/a                           *
McDONALDS, et al.,
                                                   *
     Defendants,

### FINAL JUDGMENT

    This matter was regularly set for trial on Monday, November 21, 2005, with all

parties appearing with their respective counsel.  The case was tried and after due

consideration of the testimony, the exhibits, and the demeanor of the parties, it is,

    ORDERED, ADJUDGED and DECREED that a Judgment is hereby entered in

favor of the Plaintiff, DONNA K. SMITH for THREE HUNDRED SEVENTY FIVE

THOUSAND & 00/100 DOLLARS ($375,000.00) in compensatory damages and ONE

MILLION ONE HUNDRED THOUSAND & 00/100 DOLLARS ($1,100,000.00) for

punitive damages, together with cost of this proceeding which are hereby taxed against

said Defendants, for the recovery of which, LET EXECUTION ISSUE.

    Dated November 30, 2005.

                    CHARLES A. GRADDICK
                    Circuit Judge

Cc:   Craig W. Goolsby, Esq.
       R. Edward Massey, III, Esq.
       David I. Cherniak, Esq.