# EXHIBIT E

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, and individual and KADYE HILL an individual; <br><br> PLAINTIFFS; <br><br> V. <br><br> MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.; <br><br> DEFENDANTS. | CIVIL ACTION NO. <br><br> _____ |

STATE OF Ga. )

COUNTY OF Muscogee )

### AFFIDAVIT OF BETTY JOHNSON

Before me, a Notary Public in and for said state and county, personally appeared Betty Johnson, who is known to me and being by me first duly sworn deposes and says:

My name is Betty Johnson. I am an office manager for Defendant Pezold Management Associates, Inc., and competent to testify to the matters contained in this affidavit.

Pezold Management Associates, Inc. was organized under the laws of the State of Georgia and has its principal place of business in the State of Georgia.

_____
Betty Johnson

Sworn to before me and subscribed in my presence this the 12 day of May, 2006.

_____
Notary Public
Commission Expires: April 22, 2008

2