# EXHIBIT
# B

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | | |
|---|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, and individual and KADYE HILL an individual; | ) ) ) ) ) | |
| | | CIVIL ACTION NO. |
| PLAINTIFFS; | ) ) | CV-06-76 |
| V. | ) ) | |
| MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.; | ) ) ) | |
| DEFENDANTS. | ) ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Mr. Charles W. Story, Clerk
Chambers County Courthouse
2 Lafayette Street
Lafayette, AL  36862

Please take notice that the Defendant McDonald's aka Pezold

Management Associates, Inc. has filed a Notice of Removal, removing this civil

action to the United States District Court, Middle District of Alabama, Eastern

Division.  This civil action is now pending in federal court.  A true and correct

copy of the Notice of Removal is attached hereto.

Dated: May 10, 2006.

_____
Wayne Morse, Jr.

Clark, Dolan, Morse,
Oncale & Hair, P.C.
850 First Commercial Bank Bldg.

800  Shades Creek Parkway
Birmingham, AL  35209
T:  205-397-2900
F:  205-397-2901                    Attorney for McDonald's aka
                                    Pezold Management Associates, Inc.

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

SKYLAR HILL, an individual by and )
through his legal guardian and )
next of kin, MATT HILL, and )
individual and KADYE HILL an )
individual; )
                                        )        CIVIL ACTION NO.
        PLAINTIFFS; )
                                        )           CV-06-76
V. )
                                        )
MCDONALD'S aka PEZOLD )
MANAGEMENT ASSOCIATES, INC.; )
et al.; )
                                        )
        DEFENDANTS. )

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the Plaintiffs' counsel by placing a copy of same in the United States mail, postage prepaid and properly addressed to the following address on this the __11th__ day of May, 2006.

Mr. Timothy L. Dillard
Dillard & Associates, L.L.C.
The Berry Building, Ste. 400
2015 2nd Avenue North
Birmingham, AL 35203

OF COUNSEL

3