# EXHIBIT D

LAW OFFICES
# Dillard and Associates, L.L.C.
FOURTH FLOOR, BERRY BUILDING
2015 SECOND AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

TIMOTHY L. DILLARD
STEWART S. WILBANKS

TELEPHONE
(205) 251-2823
FACSIMILE
(205) 251-3832
E-MAIL: dillardandassoc@aol.com

January 30, 2006

*Robert Hill* (handwritten)

Eileen Sanders
GAB Robbins
1 Oak Hill Center, Suite 201
Westmont, Illinois 60559

Re: File No: 2412073821A  *open / Rbt Hill* (handwritten)

Dear Ms. Sanders:

I am enclosing medical records and charges from the emergency room at Lanier Hospital; Dr. David Fagan; and Children's Hospital in Birmingham. As you can see the medicals are in excess of $172,000.00.

We are aware that Skylar has recovered nicely from this ordeal and has no apparent residual impairments. As you might well imagine he is extremely frightful of people in white coats.

The witnesses we have interviewed and who verify the existence of the problems with the thermostat at the McDonald's location in Valley, Alabama are as follows:

1) Keith Hill
2) Bobby and Kim Hill
3) Peggy Ann White
4) Matt Hill
5) Kristen Davis
6) Wendy Pester
7) Lisa Nelson
8) Jamie Shelton

RECEIVED
FEB - 6 2006
GAB ROBINS

Please consider this letter as our demand for settlement of $500,000.00 or your applicable policy limits, whichever is less. I look forward to hearing back from you regarding your position.

Sincerely,

Timothy L. Dillard

TLD/gd
Enclosures