UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 MAY 17  A 11: 00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, and individual and KADYE HILL an individual;<br><br>PLAINTIFFS;<br><br>V.<br><br>MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.;<br><br>DEFENDANTS. | CIVIL ACTION NO.<br><br>3:06CV 444-CSC |

## CONSENT TO REMOVAL

Defendant Janice Lancaster, by and through counsel, hereby enters her consent to the removal of this civil action by The Pantry, Inc., to the United States District Court, Middle District of Alabama, Eastern Division.

Dated: May 16, 2006.

_____
Wayne Morse, Jr.

Clark, Dolan, Morse,
Oncale & Hair, P.C.
Suite 850
800 Shades Creek Pkwy.
Birmingham, AL 35209
T: 205-397-2900
F: 205-397-2901

Counsel for Defendant Janice Lancaster

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, and individual and KADYE HILL an individual; <br><br> PLAINTIFFS; <br><br> V. <br><br> MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.; <br><br> DEFENDANTS. | CIVIL ACTION NO. <br> _____ |

I hereby certify that on May __, 2006, ~~I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorney(s) of records; and~~ I hereby certify that I have mailed by United States Postal Service the document to the following attorney(s) of record who may or may not be CM/ECF participants:

Mr. Timothy L. Dillard
Dillard & Associates, L.L.C.
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, AL 35203

_____
OF COUNSEL