UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 MAY 17  A 11: 00

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, and individual and KADYE HILL an individual;<br><br>PLAINTIFFS;<br><br>V.<br><br>MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.;<br><br>DEFENDANTS. | CIVIL ACTION NO.<br><br>3:06 CV444-CSC |

## MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 56, Defendant Janice Lancaster move the Court to enter an order granting her a summary judgment. As grounds, Defendant Lancaster states that there exists no genuine issue of material fact and she is entitled to a judgment as a matter of law. In support of this motion, Defendant Lancaster offers the following: (a) the records; (b) the pleadings; (c) the affidavit of Janice Lancaster; and (d) a memorandum of legal authority. Alternatively, pursuant to Federal Rule of Civil Procedure 12(b), this lawsuit should be dismissed on the following grounds: (a) insufficiency of process; (b) insufficiency of service of process; (c) failure to join a party under Rule 19; and (d) the complaint fails to state a claim upon which relief may be

granted. This evidence and legal authority in support of summary judgment will be filed and served in accordance with the Court's scheduling order.

DATE: May 1⍺, 2006

_____
Wayne Morse, Jr.
Email: wmorse@clarkdolan.com

Clark, Dolan, Morse,
Oncale & Hair, P.C.
Suite 850
800 Shades Creek Pkwy.
Birmingham, AL 35209
T: 205-397-2900
F: 205-397-2901

Attorney for Janice Lancaster

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, and individual and KADYE HILL an individual; <br><br> PLAINTIFFS; <br><br> V. <br><br> MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.; <br><br> DEFENDANTS. | ) ) ) ) ) ) CIVIL ACTION NO. ) ) _____ ) ) ) ) ) ) ) ) |

    I hereby certify that on May 16, 2006, ~~I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorney(s) of records; and~~ I hereby certify that I have mailed by United States Postal Service the document to the following attorney(s) of record who may or may not be CM/ECF participants:

Mr. Timothy L. Dillard
Dillard & Associates, L.L.C.
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, AL 35203

_____
OF COUNSEL

3