UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SKYLAR HILL, an individual by and )
through his legal guardian and )
next of kin, MATT HILL, an individual )
and KADYE HILL an individual; )
)
    Plaintiffs; ) CIVIL ACTION NO.:
)
v. ) 3:06-cv-444-CSC
)
MCDONALD'S aka PEZOLD )
MANAGEMENT ASSOCIATES, INC.; )
et al.; )
)
    Defendants. )

## NOTICE OF SETTLEMENT AND REQUEST FOR PRO AMI HEARING

The Defendants, Pezold Management Associates, Inc., and Janice Lancaster, by and through counsel, provide notice that this case has been settled and request that the settlement be set for a pro ami hearing.

Date: June 5, 2006.

_____
Wayne Morse, Jr.
Email: morse@wskllc.com

Morse & Dolan, P.C.
2101 6th Avenue North, Ste. 700
Birmingham, AL 35203
Telephone: 205-327-8376
Facsimile: 205-327-8395

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, an individual and KADYE HILL an individual;  )<br><br>Plaintiffs;  )<br><br>v.  )<br><br>MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.;  )<br><br>Defendants.  ) | CIVIL ACTION NO.:<br><br>3:06-cv-444-CSC |

### CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record; and I hereby certify that I have mailed by United States Postal Service the document to the following attorneys of record who may or may not be CM/ECF participants:

Mr. Timothy L. Dillard
Dillard & Associates, L.L.C.
The Berry Building, Ste. 400
2015 2nd Avenue North
Birmingham, AL  35203

_____
OF COUNSEL