IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| S.H., an individual by and through his legal guardian and next of kin, MATT HILL and KADYE HILL, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv444-CSC ) |
| MCDONALD'S, aka PEZOLD MANAGEMENT ASSOCIATES, INC., | ) ) ) |
| Defendants. | ) |

**CONSENT FORM DIRECTIVE**

On June 5, 2006, the parties notified the court that this matter was settled but requested a pro ami hearing. (Doc. # 6). Previously, the parties were notified of the assignment of this case to a Magistrate Judge and the right to request reassignment. *See* Attached Explanation. The parties have indicated their consent to a Magistrate Judge's jurisdiction, *see* 28 U.S.C. § 636(c), by not requesting reassignment; therefore, as indicated in the notice of assignment, prior to the court taking dispositive action in this matter, the parties must confirm their consent in writing. Accordingly, counsel for the parties are

DIRECTED to complete and send to the Clerk of the Court the attached consent form so that the form is received by the Clerk on or before June 30, 2006. **DO NOT FILE THIS FORM ELECTRONICALLY.**

Done this 15th day of June, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| S.H., an individual by and through his legal guardian and next of kin, MATT HILL and KADYE HILL, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CIVIL ACTION NO. 3:06cv444-CSC ) |
| MCDONALD'S, aka PEZOLD MANAGEMENT ASSOCIATES, INC., | ) ) ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____     _____
Date                                                                  Signature


                                                            _____
                                                            Counsel For (**print** name of all parties)


                                                            _____
                                                            Address, City, State Zip Code


                                                            _____
                                                            Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court.  In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge.  To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order.  **Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.**  If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.