UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SKYLAR HILL, an individual by and through his legal guardian and next of kin, MATT HILL, an individual and KADYE HILL an individual;<br><br>Plaintiffs;<br><br>v.<br><br>MCDONALD'S aka PEZOLD MANAGEMENT ASSOCIATES, INC.; et al.;<br><br>Defendants. | CIVIL ACTION NO.:<br><br>3:06-cv-444-CSC |

### JOINT MOTION FOR REMAND

The parties, by and through counsel, move the Court to enter an Order remanding this lawsuit to the Circuit Court of Chambers County, Alabama. As grounds, the parties state that they have reached a settlement. Some of the necessary proceedings must be conducted in the Probate Court for Chambers County, Alabama because Plaintiff Skylar Hill is a minor. In the interest of judicial economy, all *pro ami* proceedings may be conducted in state court.

Date: June 29, 2006.

/s/ Wayne Morse, Jr.
Wayne Morse, Jr.
Counsel for Pezold Management
Associates, Inc. and Janice Lancaster

Morse & Dolan, P.C.
2101 6th Avenue North, Ste. 700
Birmingham, AL 35203
Telephone: 205-327-8376
Facsimile: 205-327-8395

/s/ Timothy L. Dillard
Timothy L. Dillard
Counsel for Plaintiffs

Dillard & Associates, L.L.C.
2105 2nd Avenue North, Ste. 400
Birmingham, AL 35203
Telephone: 205-251-2823
Facsimile: 205-251-3832