IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SKYLAR HILL, etc., et al.,    )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )     3:06cv444-MHT
                              )         (WO)
McDONALD'S, etc., et al.,     )
                              )
    Defendants.               )
```

ORDER

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion for remand (Doc. No. 8) is granted.

(2) This cause is remanded to the Circuit Court of Chambers County, Alabama.

It is further ORDERED that all other outstanding motions are left for disposition by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 5th day of July, 2006.

                                                      /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE